The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDIR VOLODIMIROVICH PASTUKH,

          Plaintiff,

    v.

TODD BLANCHE,[1] *et al.*,

          Defendants.

Case No. 2:25-cv-02588-BJR

STIPULATED MOTION TO DISMISS
AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff Fedir Volodimirovich Pastukh brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services (USCIS) to schedule an interview for and adjudicate Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. USCIS has done so, and therefore this case is now moot.

//

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Defendants substitute Acting Attorney General of the United States Todd Blanche for Pamela Bondi, and Secretary of the U.S. Department of Homeland Security Markwayne Mullin for Kristi Noem.

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-02588-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 1st day of July, 2026.

Respectfully submitted,

s/ Kristen R. Vogel
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 85 words, in compliance with the Local Civil Rules.

s/ James Vazquez
JAMES VASQUEZ, WSBA No. 34514
KESSELMAN LAW FIRM
11232 120th Ave NE, Ste 205
Kirkland, WA 98033
Phone: 425-454-1920
Fax: 425-212-1795
Email: james@kesselmanlaw.net

*Attorney for Plaintiff*

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-02588-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

It is so **ORDERED**.  This case is dismissed without prejudice.

DATED this 2nd day of July 2026.

BARBARA J. ROTHSTEIN
United States District Judge

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-02588-BJR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970